### GILLETTE RUBBER CO. v. Adolph L. MARTIN et al.
#### No. 6325.

Circuit Court of Appeals, Seventh Circuit.
Oct. 19, 1937.

Alfred Beck, of Chicago, Ill., for appellant.

Harold M. Wilkie, of Madison, Wis., and S. E. Quindry, of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges and LINDLEY, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Western District of Wisconsin, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.

### HALL v. COMMISSIONER OF INTERNAL REVENUE.
#### No. 4121.

Circuit Court of Appeals, Fourth Circuit.
Jan. 4, 1938.

For former opinion, see 89 F.2d 441.

William D. Whitney, of New York City (Richard H. Wilmer, of Washington, D. C., George G. Tyler and Cravath, de-Gersdorff, Swaine & Wood, all of New York City, on the brief), for petitioner.

John J. Pringle, Jr., Sp. Asst. to Atty. Gen. (Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before PARKER, NORTHCOTT and SOPER, Circuit Judges.

PER CURIAM.

A rehearing in this case has been granted because of the recent decision of the Supreme Court in Bogardus v. Commissioner, 58 S.Ct. 61, 82 L.Ed. ——, which had under consideration the same distribution by the Unopco Company as is here involved. On the authority of that decision, therefore, our previous decision (see 4 Cir., 89 F.2d 441) is set aside; and the decision of the Board of Tax Appeals is reversed and the cause is remanded to the Board for further proceedings.

Reversed and remanded.

### Alva M. HALL, Appellant, v. UNITED STATES of America.
#### No. 11041.

Circuit Court of Appeals, Eighth Circuit.
Oct. 22, 1937.

U. C. May, of Booneville, Ark., and W. T. Pate, Jr., of Little Rock, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee, and consent of appellant.